# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KCD KC DISPOSAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24-cv-00611-BP |
| CITY OF INDEPENDENCE, MISSOURI, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF KCD KC DISPOSAL, LLC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff KCD KC Disposal, LLC ("KCD"), pursuant to Fed. R. Civ. P. 56, hereby moves this Court for Summary Judgment on Counts I, II, III, & IV in its Complaint. For the reasons set forth in its Suggestions in Support, which are being filed simultaneously herewith, the Court should grant KCD's motion for summary judgment, enter a declaratory judgment that the City's application of the Original Ordinance was unconstitutional in violation of KCD's rights under the Dormant Commerce Clause, the Due Process clauses of the United States and Missouri Constitutions, was unlawful in violation of the Sherman Act, enter an order declaring that the Amended Ordinance is unconstitutional in violation of the Dormant Commerce Clause, and the Due Process clauses of the United States and Missouri Constitutions, and was unlawful in violation of the Sherman Act, grant a permanent injunction enjoining the City from enforcing the Original and Amended Ordinances, and enter a writ of mandamus or injunction directing the City to issue of Certificate of Need to the KCD, and award KCD its costs and attorneys' fees pursuant to 42 U.S.C. § 1988.

1

Dated: August 15, 2025

Respectfully submitted,

DYSART TAYLOR McMONIGLE
BRUMITT & WILCOX, P.C.

*/s/ Matthew W. Geary*
Matthew W. Geary    MO #53328
700 W. 47th Street, Suite 410
Kansas City, MO  64112
(816) 931-2700
(816) 931-7377 – FAX
mgeary@dysarttaylor.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of August, 2025, the foregoing was electronically filed with the Court and a copy was served through the ECF filing system to all attorneys of record.

/s/ *Matthew W. Geary*